# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| UNITED STATES OF AMERICA, <br><br> v. <br><br> EDDIE LEE WALKER, <br> Defendant. | CRIMINAL ACTION NO. 07-38-2 |
|---|---|

## O R D E R

The Defendant in this case is represented by counsel, but has nonetheless filed a pro se motion, Docket No. #412. It is hereby **ORDERED** that this motion is **DENIED** without prejudice. A defendant represented by counsel does not have the right to file pro se motions. There is no right to hybrid representation where the defendant represents himself and is also represented by counsel.

BY THE COURT:

12/17/10  /s/ Michael M. Baylson
_____  _____
  Date  MICHAEL M. BAYLSON, J.

O:\JOANNE\ORDERS\07-38-2.prose.wpd